District Judge Tiffany M. Cartwright
Magistrate Judge Grady J. Leupold

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAN HOANG BUI,<br><br>                Petitioner,<br><br>     v.<br><br>BRUCE SCOTT, *et al.*,<br><br>                Respondents. | Case No. 2:25-cv-02268-TMC-GJL<br><br>STIPULATED MOTION AND [PROPOSED] TRO BRIEFING SCHEDULE<br><br>Noted for Consideration:<br>November 14, 2025 |

Pursuant to this Court's Order (Dkt. No. 3), Petitioner and Federal Respondents[1] submit this proposed briefing schedule for Petitioner's motion for a temporary restraining order ("TRO") (Dkt. No. 2). The parties have conferred and have agreed to and propose the following response schedule to allow for both a response to the TRO motion and a reply:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | November 18, 2025 |
| Petitioner's reply in support of the TRO Motion | November 19, 2025 |

---

[1] Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-02268-TMC-GJL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

This briefing schedule will result in the Court having a more complete record on which to decide the TRO motion. This short extension of the response deadline will allow Federal Respondents' counsel time to obtain information necessary to respond to the TRO motion. Furthermore, this schedule will allow Petitioner to reply to Federal Respondents' filing.

U.S. Immigration and Customs Enforcement stipulates and agrees to not remove Petitioner to any country other than Vietnam while this case is pending.

Accordingly, the parties request that the Court enter the proposed TRO briefing schedule.

DATED this 14th day of November, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | JEFFREY C. GONZALES<br>Attorney for Petitioner |
| s/ Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | /s/ Jeffrey C. Gonzales<br>JEFFREY C. GONZALES, WSBA #13864<br>Gonzales Gonzales & Gonzales<br>1000 SW Broadway, Ste 2300<br>Portland, OR 97205<br>Phone: 503-274-1680<br>Fax: 503-274-1214<br>Email: jeff@jgonzaleslaw.com |

*Attorneys for Federal Respondents*

*I certify that this memorandum contains 186 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-02268-TMC-GJL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | November 18, 2025 |
| Petitioner's reply in support of the TRO Motion | November 19, 2025 |

The Government shall not not remove Petitioner to any country other than Vietnam while this case is pending.

DATED this 14th day of November, 2025.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-02268-TMC-GJL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800